UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DANA MULLIGAN,

                                  Plaintiff,

                                  -against-

                             **STIPULATION AND
ORDER OF DISMISSAL
21-cv-964 (ST)**

TOWN OF HEMPSTEAD and GERALD C. MARINO,
in his individual capacity,

                                Defendants.
-----------------------------------------------------------x

       **IT IS HEREBY STIPULATED, CONSENTED AND AGREED,** by and between the undersigned, counsels for the respective parties, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the above-entitled action, is dismissed with prejudice AS AGAINST DEFENDANTS, Town of Hempstead and Gerald C. Marino (hereinafter the "Town Defendants"), and without costs or attorney fees to either party as against the other.

**Rita A. Sethi, Esq.**

By: _/s/ Rita A. Sethi_____
    Rita A. Sethi, Esq.
    7 Shorewood Drive
    Sands Point, New York 11050

**Law Offices of Laura Wong-Pan PLLC**

By: _/s/ Laura Wong-Pan_____
    Laura Wong-Pan
    319 Mill Street
    Poughkeepsie, New York 12601

Dated: July 20, 2024

Berkman, Henoch, Peterson, & Peddy, P.C.

By: *Donna A Napolitano*
Donna A. Napolitano, Esq.
Nicholas Tuffarelli, Esq.
400 Garden City Plaza, Suite 302
Garden City, New York 11530

Dated: ~~July~~ Sept 23, 2024

SO ORDERED:

s/ Allyne R. Ross

~~STEVEN TISCIONE, U.S. Magistrate Judge~~
U.S.D.J. 09/25/24